**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THE ESTATE OF ROOSEVELT
HOLLIMAN et al.**     **PLAINTIFFS**

**v.**     **CIVIL ACTION NO.: 4:22-cv-00075-DMB-JMV**

**MARSHAL TURNER et al.**     **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with an amended order [23] entered on August 1, 2022, staying this case pending a ruling on the motion to dismiss for lack of jurisdiction [20]. Subsequent to this order, additional motions to dismiss were filed on August 31, 2022 [43], January 9, 2023 [72], and January 25, 2023 [78]. The District Judge granted the motion to dismiss of [20] and [43] on February 10, 2023, and then granted motion to dismiss [72] on September 1, 2023. That same day, the District Judge also denied the motion to dismiss [78]. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**.

**SO ORDERED**, this the 5th day of September, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**